# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

SULEIMAN MOHAMED MASOUD,   :

    Petitioner,   :

vs.   :   07-0008-BH-C

ALBERTO GONZALES, etc., et al.,   :

    Respondents.

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated May 7, 2007 is **ADOPTED** as the opinion of this Court.

**DONE** this 30th day of May, 2007.

                                                           s/ W. B. Hand
                                                SENIOR DISTRICT JUDGE